4:00-CV-190-Y

**RECEIVED**
MAR - 8 2005
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Trial Court No. 0580494D
Court of Criminal Appeals No. 72,420

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 372ND JUDICIAL DISTRICT |
| | § | |
| PABLO MELENDEZ, JR. | § | TARRANT COUNTY, TEXAS |

## ORDER WITHDRAWING EXECUTION DATE

On December 6, 2004, this Court ordered that the sentence of death assessed against the Defendant, PABLO MELENDEZ, JR., be carried out after 6:00 p.m. on Wednesday, March 16, 2005. This Court, pursuant to TEX. CODE CRIM. PROC. art. 43.141(d), and with the agreement of the State and the Defendant, ORDERS that its December 6, 2004, order be WITHDRAWN. This Court further ORDERS that the Warrant of Execution be WITHDRAWN. The Clerk of this Court shall immediately after the Court enters this Order Withdrawing Execution Date issue and deliver to the Sheriff of Tarrant County, Texas, a certified copy of this Order. The Sheriff of Tarrant County, Texas, is ORDERED, upon receipt of a certified copy of this Order Withdrawing Execution Date to deliver it to the Director of the Institutional Division of the Texas Department of Criminal Justice, Huntsville, Texas, within three business days.

SIGNED AND ENTERED THIS 7th day of March, 2005.

*[signature: Scott W.]*

JUDGE PRESIDING
372nd District Court
Tarrant County, Texas

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

MAR 0 7 2005

TIME _____
BY _____ DEPUTY