IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PABLO MELENDEZ, JR., <br> TDCJ No. 999192, <br><br> Petitioner, <br><br> v. <br><br> LORIE DAVIS, Director, Texas <br> Department of Criminal Justice, <br> Correctional Institutions Division, <br><br> Respondent. | § § § § § § § § § § § § | No. 4:00-CV-190-O |

## ORDER EXCUSING RESPONDENT'S COUNSEL FROM PARTICIPATION IN THE HEARING MAY 13, 2020

This Court has set a hearing for May 13, 2020 (EFC No. 35) to discuss the non-compliance by Petitioner's former counsel with this court's Order issued February 6, 2020. Respondent has filed a motion (EFC No. 36) requesting to be permitted to appear at the hearing via teleconference or videoconference. The Court has attempted videoconference hearings however they have not all been successful. Accordingly, after reviewing Respondent's unopposed motion, the Court will excuse Respondent's counsel from any participation in the hearing.

It is hereby ORDERED that Respondent's counsel is excused from attending or participating in the hearing set for May 13, 2020 in this cause.

SIGNED May 11, 2020.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**