UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |
|---|---|
| PABLO MELENDEZ, Jr., § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. 4:00-cv-0190 |
| § | |
| ERIC GUERRERO, Director, Texas § | |
| Department of Criminal Justice, § | |
| Correctional Institutions Division, § | CAPITAL HABEAS CASE |
| § | |
| Respondent. § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Undersigned counsel, Humphreys McGee, enters his appearance as counsel on behalf of Petitioner, Pablo Melendez, Jr., and requests that a copy of all future pleadings, orders, and other correspondence be served on him at the physical and/or electronic addresses below.

DATED: September 9, 2025

                Respectfully submitted,

                MAUREEN FRANCO
                Federal Public Defender

                <u>/s/ Humphreys McGee</u>
                HUMPHREYS McGEE

                Mississippi Bar No. 100877
                Assistant Federal Defender
                Office of the Federal Public Defender
                Western District of Texas
                919 Congress Ave., Ste 950
                Austin, Texas 78701
                humphreys_mcgee@fd.org
                (737) 207-3020 (tel.)
                (512) 499-1584 (fax)

                *Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2025, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Jefferson David Clendenin
>Office of the Attorney General
>300 West 15th Street, 8th Floor
>Austin, Texas 78701
>(512) 936-1400
>Jay.clendenin@oag.texas.gov

DATED: September 9, 2025.

>Respectfully submitted,
>
>MAUREEN FRANCO
>FEDERAL PUBLIC DEFENDER
>
> /s/ Humphreys McGee
>HUMPHREYS MCGEE
>Assistant Federal Public Defender
>Federal Defender Office
>919 Congress, Suite 950
>Austin, Texas 78701
>737-207-3020 (tel.)
>512-499-1584 (fax)
>
>Attorney for Petitioner

2