UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| PABLO MELENDEZ, Jr., § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. 4:00-cv-0190 |
| § | |
| § | |
| ERIC GUERRERO, Director, Texas § | |
| Department of Criminal Justice, § | |
| Correctional Institutions Division, § | CAPITAL HABEAS CASE |
| § | |
| Respondent. § | |

**UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL**

Petitioner Pablo Melendez, Jr., by and through undersigned counsel, asks this Court, pursuant to 18 U.S.C. §§ 3006A and 3599(e), to enter the attached proposed order substituting Assistant Federal Public Defender Humphreys McGee for former Supervising Federal Public Defender Tivon Schardl as counsel for Mr. Melendez.

Pursuant to §§ 3006A and 3599(a), this Court appointed the Capital Habeas Unit of the Federal Public Defender's Office for the Western District of Texas to represent the petitioner. ECF 28. Mr. Schardl has recently left the Capital Habeas Unit.

Mr. McGee is an attorney with the Capital Habeas Unit. He is familiar with Mr. Melendez's case and ready to assume the role of lead counsel. Mr. McGee will enter a Notice of Appearance in the case concurrent with the filing of this motion.

Mr. McGee has conferenced via email with Jefferson D. Clendenin, counsel for the respondent, about petitioner's intention to file this motion. Mr. Clendenin stated the respondent does not oppose it.

WHEREFORE, undersigned counsel submits there is good cause under 18 U.S.C. § 3599(e) for this Court to permit Assistant Federal Public Defender Humphreys McGee to be substituted for Tivon Schardl as counsel for the petitioner, Pablo Melendez, Jr.

DATED: September 9, 2025

Respectfully submitted,

MAUREEN FRANCO
FEDERAL PUBLIC DEFENDER

*/s/ Humphreys McGee*
HUMPHREYS MCGEE

Office of the Federal Public Defender
919 Congress, Suite 950
Austin, Texas 78701
737-207-3007 (tel.)
512-499-1584 (fax)
humphreys_mcgee@fd.org

Attorneys for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2025, I electronically filed the foregoing motion for substitution of counsel with the Clerk of Court using the CM/ECF system, which will notify all counsel of record of this filing.

    */S/ Humphreys McGee*
    HUMPHREYS MCGEE
    Counsel for Petitioner

## CERTIFICATE OF CONFERENCE

On September 9, 2025, undersigned counsel asked via email whether Jefferson D. Clendenin, counsel for the respondent, opposes this motion. Mr. Clendenin replied that the respondent does not oppose it.

    */S/ Humphreys McGee*
    HUMPHREYS MCGEE
    Counsel for Petitioner